**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **THE HANOVER INSURANCE COMPANY,** | : | **CIVIL DIVISION** |
| | : | |
| | : | |
| Plaintiff, | : | **No. 2:25-cv-06284** |
| | : | |
| v. | : | |
| | : | |
| **JEFFREY LYNCH,** | : | |
| | : | |
| Defendant. | : | |
| | : | |
| | : | |

**ORDER**

**AND NOW,** on this 20th day of July, 2026, upon consideration of Plaintiff The Hanover Insurance Company's Motion for Default Judgment (ECF No. 14), it is hereby **ORDERED** that the Motion is **DENIED WITHOUT PREJUDICE**.

BY THE COURT:

_____
Hon. Mia R. Perez